# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC TAYLOR,<br><br>           Plaintiff,<br><br>v.<br><br>KEOLIS TRANSIT SERVICES, LLC., *ET AL*.<br><br>           Defendants. | Case No. 2:20-cv-00778-RFB-DJA<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulated Discovery Plan and Scheduling Order (ECF No. 13), filed on June 18, 2020.  The Court notes that the parties' plan fails to comply with Local Rule 26-1 for several reasons.  First, it fails to state "SPECIAL SCHEDULING REVIEW REQUESTED" under the caption as outlined in Local Rule 26-1(a). Second, the parties fail to provide an explanation for why additional time is necessary beyond the 180 days nor specify in numerical format how much additional time is requested.  Additionally, the parties' filing contains proposed dates with the incorrect year and also fails to date their electronic signatures.  Accordingly,

IT IS THEREFORE ORDERED that the parties' Stipulated Discovery Plan and Scheduling Order (ECF No. 13) is **denied without prejudice**.

IT IS FURTHER ORDERED that the parties shall meet and confer and file a revised stipulated discovery plan and scheduling order in compliance with Local Rule 26-1 by June 26, 2020.

DATED: June 22, 2020

                                                                DANIEL J. ALBREGTS<br>
                                                                UNITED STATES MAGISTRATE JUDGE